UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL ANDRA REED,<br>       Plaintiff,<br><br>  v.<br><br>GAVIN NEWSOM,<br>       Defendant. | Case No. 20-cv-08018-JCS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff's 42 U.S.C. § 1983 claims arise from events that occurred at the R.J. Donovan Correctional Facility, which lies in the Southern District of California. Accordingly, this action is TRANSFERRED to the Southern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 84(d), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** December 10, 2020

JOSEPH C. SPERO
Chief Magistrate Judge